UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Albino Eduardo Alves,<br><br>       Plaintiff,<br><br>-against-<br><br>Commissioner of Social Security,<br><br>       Defendant. | 1:21-cv-01223 (SDA)<br><br>**SCHEDULING ORDER** |

**STEWART D. AARON, United States Magistrate Judge:**

On October 1, 2025, Chief Judge Swain entered a Standing Order with respect to all civil cases (other than civil forfeiture cases) in which the United States Attorney's Office for the Southern District of New York has appeared as counsel of record for the United States, its agencies, and/or its employees. (Standing Order, 25-mc-00443, ECF No. 2.) The Standing Order stayed those cases pending the restoration of Department of Justice funding, absent other direction or order from the Court. (*See id.*)

IT IS HEREBY ORDERED THAT Plaintiff shall file his brief by the current deadline of October 7, 2025, or seek a reasonable extension of time to do so. IT IS FURTHER ORDERED THAT, no later than 7 days after the President signs into law a budget appropriation that restores Department of Justice funding, the Commissioner, after conferring with Plaintiff, shall file a letter setting forth a proposed schedule for the Commissioner's brief and any reply.

SO ORDERED.

Dated:  New York, New York
     October 2, 2025

                     /s/ Stewart D. Aaron
                     STEWART D. AARON
                     United States Magistrate Judge