**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------X
 ALBINO EDUARDO A.,

                          Plaintiff,

        -against-                                   21 **CIVIL** 01223 (GRJ)

                                                   **JUDGMENT**

COMMISSIONER OF SOCIAL SECURITY,
                                  Defendant.
-------------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Decision and Order dated April 27, 2026, Plaintiff's request for judgment on the pleadings is DENIED; the Commissioner's request for judgment on the pleadings is GRANTED; and this case is DISMISSED.

**Dated:** New York, New York

      April 29, 2026

                                            **TAMMI M. HELLWIG**

                                              **Clerk of Court**

                       **BY:**

                                              **Deputy Clerk**